**SULAIMAN LAW GROUP**
Bobby C. Walker, Esq.
California Bar No. 321788
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181, Ext. 149
Fax: (630) 575-8188
BWalker@sulaimanlaw.com
Attorneys for Plaintiff,
BRANDON RADKE

**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, State Bar No. 237111
*AFickel@dykema.com*
ROCHELLE L. SMITH, State Bar No. 316225
*RSmith@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant,
ARS NATIONAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RADKE,<br><br>Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES INC.,<br><br>Defendant. | Case No.: 3:22-cv-00958-L-BLM<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint filed: June 29, 2022 |

**PLEASE TAKE NOTICE** that Plaintiff Brandon Radke and Defendant ARS National Services, Inc., (collectively, the "Parties") have reached an agreement on all material terms required to settle all of Plaintiff's claims against ARS National Services pending in this action. The Parties anticipate filing a Stipulation for

110624.000006 4884-3041-7962.1

NOTICE OF SETTLEMENT OF ENTIRE ACTION

Dismissal of this entire action, with prejudice, within sixty (60) days of the settlement being finalized.

DATED:  July 20, 2022                    SULAIMAN LAW GROUP

                                               By:    */s/: Bobby C. Walker*
                                                        BOBBY C. WALKER
                                                        Attorneys for Plaintiff,
                                                        BRANDON RADKE

                                        DYKEMA GOSSETT LLP

DATED:  July 20, 2022

                                             By:    */s/: Ashley R. Fickel*
                                                   ASHLEY R. FICKEL
                                                   ROCHELLE L. SMITH
                                                   Attorneys for Defendant,
                                                   ARS NATIONAL SERVICES, INC.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

110624.000006  4884-3041-7962.1

TITLE